

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2014

No. 04-14-00041-CR

Kyle **MILLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5502
Honorable Pat Priest, Judge Presiding

# O R D E R

On July 16, 2014, we granted pro se appellant Kyle Miller's motion to correct the record. We ordered the court reporter to file a corrected record by July 31, 2014. In his response, the court reporter stated that despite his diligent search, neither he nor Appellant's trial attorney could locate the missing exhibits. The court reporter indicated the exhibits "were marked in the punishment phase and were family photos of the defendant, his daughter and wife or girlfriend."

Having considered the motion and the court reporter's response, we conclude the missing exhibits are not necessary to the appeal's resolution. *See* TEX. R. APP. P. 34.6(e), (f)(3).

Appellant's brief is due THIRTY DAYS from the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court